**Electronically Filed
Supreme Court
SCWC-29967
03-FEB-2011
08:14 AM**

NO. SCWC-29967

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

AIDA GORDON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29967; CASE NO. 1DTC-08-044528)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1]; and Duffy, J.,
dissenting, with whom Acoba, J., joins)

Petitioner/Defendant-Appellant Aida Gordon's

application for writ of certiorari filed on December 22, 2010, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 3, 2011.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

Stuart N. Fujioka for
petitioner/defendant-
appellant on the
application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Ahn, assigned by reason of vacancy.